UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TENA L. COX,

  Plaintiff,

v.

CASE NO.: 1:24-cv-06010-JPB-WEJ

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

  Defendants.

_____/

### NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, TENA L. COX, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

1

Dated this 23rd day of January, 2025.

          **/s/Octavio Gomez**
          Octavio "Tav" Gomez
          Florida Bar #:0338620
          Georgia Bar #: 617963
          Pennsylvania #: 325066
          The Consumer Lawyers PLLC
          501 E. Kennedy Blvd., Ste 610
          Tampa, FL 33602
          Cell: (813)299-8537
          Facsimile: (844)951-3933
          Tav@theconsumerlawyers.com
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 23rd day of January, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

          **/s/Octavio Gomez**
          Octavio "Tav" Gomez
          Georgia Bar #: 617963
          The Consumer Lawyers, PLLC
          *Attorney for Plaintiff*